No. 435. STROGAN v. UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 436. STROGAN v. UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Leslie E. Salter, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 473. ABRAHAM & STRAUS, INC., v. ART METAL WORKS, INC. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Blair* for petitioner. *Mr. Kenneth S. Neal* for respondent.

No. 426. ARKWRIGHT ET AL. v. GONSER, EXECUTOR, ET AL. See same case, *post,* p. 672.

No. 433. WAGNER TUG BOAT CO. v. MEAGHER, ADMINISTRATRIX. November 14, 1932. The petition for writ of certiorari in this cause is denied upon the ground that the judgment sought here to be reviewed is joint and the record fails to disclose summons and